IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>PATRICIA ANN ANCHONDO,<br><br>              Defendant. | CASE NO.  2:17-CR-00037-TLN<br><br>ORDER DENYING MOTION TO DEFER PAYMENTS |

Defendant Patricia Ann Anchondo ("Anchondo"), a federal prisoner, moves the Court to defer Court ordered payments of the fees and restitution she owes until she is released from prison and placed on supervised release.  (ECF No. 39.)  This Court sentenced Anchondo to a term of incarceration on July 27, 2017.  (ECF No. 35)  At that sentencing hearing, the Court also ordered Anchondo to pay fees and restitution at a rate of not less than $25 per quarter during incarceration.  (ECF No. 37 at 7.)  Anchondo moves for deferral, arguing these payments present a hardship for her.  (ECF No. 39.)  The Court will not defer these payment.  Accordingly, the Court hereby DENIES Anchondo's Motion to Defer Payments (ECF No. 39).

        IT IS SO ORDERED.

Dated: 1/31/2018

                                                    Troy L. Nunley
                                                    United States District Judge

1