McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00037 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| PATRICIA ANN ANCHONDO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 26, 2020. Docket No. 44. Pursuant to Local Rule, the government's response is due on November 3, 2020, with any reply from the defendant due on November 6, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 17, 2020;

STIPULATION RE BRIEFING SCHEDULE     1

b) The defendant's reply to the government's response to be filed on or before November 24, 2020.

IT IS SO STIPULATED.

Dated:  November 3, 2020                         McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ MICHELLE RODRIGUEZ
                                                 MICHELLE RODRIGUEZ
                                                 Assistant United States Attorney

Dated:  November 3, 2020                         /s/ RACHELLE BARBOUR
                                                 RACHELLE BARBOUR
                                                 Counsel for Defendant
                                                 PATRICIA ANN ANCHONDO

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 393, is due on or before November 17, 2020;

b) The defendant's reply to the government's response, if any, is due on November 24, 2020.

IT IS SO FOUND AND ORDERED this 3rd day of November, 2020.

                                                 Troy L. Nunley
                                                 United States District Judge