UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>PATRICIA ANCHONDO,<br><br>                Defendant. | CASE NO. 2:17-CR-00037-TLN<br><br>**ORDER SEALING DOCUMENTS** |

      Pursuant to Local Rule 141(b), and based on the representations contained in Defendant Patricia Anchondo's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibit A to her Motion for Compassionate Release shall be SEALED until further order of this Court.

      It is further ordered that electronic access to the sealed document shall be limited to the United States and counsel for Defendant.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that sealing Exhibit A serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Exhibit A that would adequately protect

1. the compelling interests identified by Defendant.
2. DATED:  December 7, 2020

_____
Troy L. Nunley
United States District Judge